# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| **ANTHONY LOPEZ** | § § | |
| vs. | § § | CIVIL ACTION NO. _____ |
| | § § | |
| **EMERGENCY SOLUTIONS, LLC** | § | |

## NOTICE OF REMOVAL

**EMERGENCY DIAGNOSTIC SOLUTIONS, LLC** (incorrectly sued as Emergency Solutions, LLC), Defendant in the State Court Cause No. CL-23-2876-E, pursuant to 28 U.S.C. § 1441 et seq., files this Notice of Removal and respectfully shows the Court as follows:

1. This civil action is removed from County Court at Law No.5, Hidalgo County, Texas, where this matter was previously pending under Cause CL-23-2876-E in the matter styled *Anthony Lopez v Emergency Solutions, LLC.*

## Timeliness

2. Defendant accepted service of Plaintiff's Original Petition on July 29, 2023. This was the first notice that Defendant received of this lawsuit. This Notice of Removal is filed within thirty (30) days of receipt of the petition and is timely filed under 28 U.S.C. § 1446(b).

## Parties

3. Plaintiff is an individual residing in Hidalgo County, Texas.

4. Defendant is a limited liability company based in the State of Texas.

**Jurisdiction**

5.   **Federal Question Jurisdiction**.  Plaintiff's Original Petition states a federal claim alleging violations of Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq* ("FLSA"). This Court has original jurisdiction pursuant to the provisions of 28 U.S.C. §1331 and this matter is properly removed pursuant to 28 U.S.C. §1441(c).

6.   To the extent Plaintiff's Original Petition also alleges statutory, state common law, or other nonfederal claims, this Court may assert supplemental jurisdiction over these claims because they are so related to claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. 28 U.S.C. §1367(a).

**State Court Documents Attached**

6.   Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, Defendant has attached the following documents to the Index of Matters Being Filed:

   Exhibit A:   Plaintiff's Original Petition

   Exhibit B:   Citation Issued to Defendant

   Exhibit C:   Certificate of Return

   Exhibit D:   Defendant's Original Answer

   Exhibit E:   Docket Sheet in Cause No. CL-23-2876-E

   Exhibit F:   List of Counsel of Record

The state court judge has not signed any orders.

7.   Defendant prays that Cause No. CL-23-2876-E in County Court at Law No. 5 of Hidalgo County, Texas be removed to this Court.

8. Defendant prays that the State Court action proceed no further unless and until this case is remanded.

9. A copy of the Notice of Removal will be promptly filed with the Clerk of the District Court.

By:/s/Daniel G. Gurwitz
Daniel G. Gurwitz
Federal ID No. 16895
State Bar No. 00787608
Email: dgurwitz@atlashall.com
P. O. Box 3725
McAllen, Texas 78502
Tel: (956) 682-5501
Fax: (956) 686-6109
ATTORNEY IN CHARGE FOR DEFENDANTS

Of Counsel:
Susan Sullivan
Federal ID No. 13144
State Bar No. 11546700
Email: ssullivan@atlashall.com
Rick Zuniga
Federal ID No. 24084148
State Bar No. 1682846
Email: rzuniga@atlashall.com
ATLAS, HALL & RODRIGUEZ, LLP
P. O. Box 3725
McAllen, Texas 78502
Tel: (956) 682-5501
Fax: (956) 686-6109

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record in compliance with the Federal Rules of Civil Procedure on August 28, 2023:

Daniel E. Vargas
Vargas | Guerra LLP
324 W. University Dr.
Edinburg, Texas 78539
Email:  edinburg@vargasguerrallp.com
thevargaslawoffice@gmail.com

/s/Daniel G. Gurwitz
Daniel Gurwitz

Notice of Removal – Page 3