UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ANTHONY LOPEZ<br>　　　Plaintiff,<br><br>　　　vs.<br><br>EMERGENCY DIAGNOSTIC<br>SOLUTIONS, LLC<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:23-cv-00292 |

# PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(C)

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Anthony J. Lopez, through undersigned counsel, files this Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c), and in support of this motion, respectfully shows the Court the following:

## I. INTRODUCTION

1. Plaintiff filed this action seeking relief for unpaid wages, overtime compensation, and related damages under the Fair Labor Standards Act (FLSA).

2. Defendant, Emergency Diagnostic Solutions, LLC, has filed an answer that fails to raise sufficient defenses under the FLSA and does not dispute key factual allegations contained in Plaintiff's complaint.

3. Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Plaintiff moves for judgment on the pleadings, as there is no genuine issue of material fact and Plaintiff is entitled to judgment as a matter of law.

## II. LEGAL STANDARD

4. Under Federal Rule of Civil Procedure 12(c), a party may move for judgment on the pleadings after the pleadings are closed but early enough not to delay trial. The standard for deciding a Rule 12(c) motion is the same as that for deciding a motion to dismiss under Rule 12(b)(6). The court must accept all well-pleaded factual allegations as true and view them in the light most favorable to the non-moving party.

5. Judgment on the pleadings is appropriate if, based on the pleadings, no material issue of fact exists and the moving party is entitled to judgment as a matter of law.

## III. ARGUMENT

6. Plaintiff is Entitled to Overtime Compensation under the FLSA. Plaintiff was employed as a Registered Nurse and worked hours in excess of 40 hours per week without proper overtime compensation, as required by 29 U.S.C. § 207(a) of the FLSA. Defendant has failed to provide a valid exemption or affirmative defense in their answer to dispute Plaintiff's entitlement to overtime under the FLSA.

7. Defendant's Answer Fails to Raise Any Viable Affirmative Defenses. Defendant's answer does not assert any affirmative defenses that would exempt Plaintiff from the overtime provisions of the FLSA, including the "Learned Professional Exemption" that is typically raised in these types of cases. As Defendant did not properly plead any exemptions in its answer, these defenses are now waived.

8. Defendant Admits Key Allegations Through Silence. Defendant's answer does not dispute key factual allegations, including:

    1. Plaintiff's employment dates.
    2. Plaintiff's job duties, which included working beyond 40 hours per week.

3. Plaintiff's rate of pay, which fails to meet the salary basis required for the learned professional exemption.

9. No Genuine Issue of Material Fact Exists. Because Defendant has not properly contested the essential elements of Plaintiff's claim for unpaid wages and overtime, and no valid affirmative defenses have been pled, there is no genuine issue of material fact to be decided at trial.

## IV. CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Court grant this Motion for Judgment on the Pleadings and enter judgment in favor of Plaintiff for unpaid wages, overtime compensation, and related damages under the FLSA, along with any other relief the Court deems just and proper.

Respectfully submitted,

THE VARGAS LAW OFFICE
324 W. University Drive
Edinburg, TX 78539
Tel. (956) 287-3743
Efile: efile@thevargaslawoffice.com

By:_____
Daniel E. Vargas
bigdan@thevargaslawoffice.com
SBN # 24072403
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By:_____
Daniel E. Vargas