United States District Court
Southern District of Texas

**ENTERED**

May 01, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ANTHONY LOPEZ<br>*Plaintiff*<br><br>vs.<br><br>EMERGENCY DIAGNOSTIC<br>SOLUTIONS, LLC<br>*Defendant* | § § § § § § § § § | CIVIL ACTION NO. 7:23-cv-00292 |

## ORDER GRANTING DEFENDANT'S
## AMENDED MOTION FOR SUMMARY JUDGMENT

BE IT REMEMBERED that on the 28th day of April, 2025, came on to be considered by the Court Defendant Emergency Diagnostics Solutions, LLC's Amended Motion for Summary Judgment Against Plaintiff Anthony Lopez, and the Court, after hearing on the matter and considering all responses and arguments related thereto, finds that the Motion is well taken and should be granted for the reasons stated on the record.

IT IS THEREFORE,

ORDERED, ADJUDGED and DECREED that Defendant's Amended Motion for Summary Judgment is hereby GRANTED on all claims brought by Plaintiff Anthony Lopez against Defendant Emergency Diagnostics Solutions, LLC in this cause.

This is a final judgment disposing of all claims and all parties and is appealable.

SIGNED this 30th day of April, 2025.

RICARDO H. HINOJOSA
U.S. DISTRICT JUDGE